# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Abreu Santiago

                        Plaintiff,

v.                                                     Case No.: 1:24–cv–01214

                                                           Honorable Sharon Johnson Coleman

SCHAUMBURG HOTEL PARTNERS, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation of dismissal [20], this case is dismissed with prejudice and without cost to either party. Status hearing set for 7/31/2024 is stricken. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.